AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

United States Courts
Southern District of Texas
**FILED**

*October 31, 2025*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Landon Wayne SWONKE<br>DOB: 00/00/1998<br><br>*Defendant(s)* | Case No. **4:25-mj-660** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 6, 2023__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 1956(a)(1)(A)(i) | Laundering of monetary instruments to promote the SUA |
| Title 18 U.S.C. § 2313 | Sale or receipt of stolen vehicles |

This criminal complaint is based on these facts: See Affidavit

☑ Continued on the attached sheet.

*Greg Meyer*
Complainant's signature

Greg Meyer, Special Agent
Printed name and title

Sworn to by telephone.

Date: October 31, 2025

*Dena Palermo*
Judge's signature

City and state: Houston, Texas

Hon Dena Hanovice Palermo U.S. Magistrate Judge
Printed name and title

4:25-mj-660

**AFFIDAVIT IN SUPPORT OF
CRIMINAL COMPLAINT AGAINST
LANDON WAYNE SWONKE**

1. LANDON WAYNE SWONKE ("SWONKE") is the owner of STAMPEDE DIESEL ("STAMPEDE"), located at 11354 Jones Road West, Unit A, Houston, Texas 77065. My financial investigation has revealed that SWONKE's primary means of income is from selling stolen vehicles which includes the buying of salvage vehicles for the purpose of swapping the Vehicle Identification Number ("VIN") to cover up the theft. The stolen vehicles were then sold, often to customers outside the State of Texas.

2. SWONKE used and deposited the proceeds from the sale of the stolen vehicles into financial institutions thereby promoting a specified unlawful activity, that is, the ongoing theft and sale of stolen vehicles.

3. SWONKE was purchasing salvage vehicles from AutoBidMaster, LLC for the purpose of acquiring the salvage vehicles' VINs. The stolen vehicle's public facing VIN markings[1] were then removed and replaced with the salvage vehicle's VIN. SWONKE then falsified and filed the requisite "Rebuilt Vehicle Statement" with the Texas Department of Motor Vehicles ("DMV") claiming to have purchased the required parts to repair the salvage vehicle. That stolen vehicle bearing the VIN of the salvage vehicle could then be registered and subsequently sold.

4. On March 3, 2023, SWONKE received proceeds from the sale of stolen, VIN swapped 2021 Ram TRX truck delivered to a buyer in Iowa. The proceeds from the sale of the 2021 Ram TRX were deposited into SWONKE's Wells Fargo bank account ending 9211. After the deposit, SWONKE then sent outgoing wires from that same account to purchase additional salvage

---

[1] The public facing VIN markings are located on the driver's side dashboard.

vehicles from AutoBidMaster, LLC with the intention of promoting the stolen vehicle/VIN swapping scheme.

5. Between March 6, 2023, and December 11, 2023, SWONKE sent a total of twenty (20) bank wire transfers to AutoBidMaster, LLC to buy salvage vehicles. SWONKE also used his Apple Pay, Mastercard, and PayPal accounts to buy salvage vehicles from AutoBidMaster, LLC. In total, SWONKE paid AutoBidMaster, LLC approximately $132,948 to buy salvage vehicles.

6. The following are examples of SWONKE buying salvage vehicles from AutoBidMaster, LLC to obtain VINs to then put the salvage vehicle VINs on stolen vehicles sold to buyers outside the State of Texas.

7. On July 8, 2022, SWONKE sent a wire transfer of $24,517 to AutoBidMaster, LLC from SWONKE's Wells Fargo bank account ending in 9211 and bought a salvage 2019 Dodge Ram 1500 Laramie with VIN 1C6SRFRT1KN855284. On January 23, 2024, Iowa State Patrol Trooper Meeker ("Trooper Meeker") met Tyson Henrickson ("Henrickson") at his residence in Estherville, Iowa. Trooper Meeker asked Henrickson where he bought the Dodge Ram truck located on his property. Hendrickson told Trooper Meeker that he bought the Dodge Ram truck on March 2, 2023 from carsandbids.com as the winning bidder for $51,500. On March 3, 2023, SWONKE received a wire transfer from Henrickson crediting SWONKE's Wells Fargo bank account ending in 9211 for $51,500. The truck was delivered to Henrickson's in Iowa with a title with VIN 1C6SRFRT1KN855284. The seller of the Dodge Ram truck on the carsandbids.com site was "stampede2016", with a photograph of the truck appearing to be in front of SWONKE's STAMPEDE shop. On March 8, 2023, Henrickson registered the Dodge Ram truck with title VIN 1C6SRFRT1KN855284, at 220 North 13th Street, Estherville, Iowa 51334. Trooper Meeker inspected the Dodge Ram truck and determined the vehicle's VIN had been swapped as the true

VIN was identified as 1C6SRFU9XMN758521. A record check revealed that the Dodge Ram truck in Hendrickson's possession with VIN 1C6SRFU9XMN758521 had been stolen on May 6, 2022 from the Dallas/Fort Worth Airport.

8.   On May 23, 2023, SWONKE sent a wire transfer of $9,558 to AutoBidMaster, LLC from SWONKE's Wells Fargo bank account ending in 9211 and bought a salvage 2020 Chevrolet Silverado with VIN 1GC4YREY8LF117260. On June 7, 2023, SWONKE filed a "Rebuilt Vehicle Statement" with the Texas Department of Motor Vehicles claiming to have purchased parts from Lonestar Chevrolet for the repair of the salvage 2020 Chevrolet Silverado with VIN 1GC4YREY8LF117260. On June 29, 2023, Matthew Todd Marion ("Marion") sent a wire transfer of $35,000 crediting SWONKE's Wells Fargo bank account ending in 9211. In an interview, SWONKE confirmed that he sold the 2020 Chevrolet Silverado 2500HD High Country with VIN 1GC4YREY8LF117260 to Marion, who is the father of SWONKE's friend, Dalton Marion. On August 2, 2023, Marion registered the 2020 Chevrolet Silverado 2500HD High Country with VIN 1GC4YREY8LF117260 in Tennessee at the address of 269 County Road 170, Athens, Tennessee 37303. Sometime around August 1, 2024, Maine Secretary of State Investigator E. Toulouse ("Inv. Toulouse") located a GMC Sierra truck with the public facing VIN 1GC4YREY8LF117260. Through secondary means, Inv. Toulouse determined the GMC Sierra truck had its VIN swapped and identified the true VIN of the GMC Sierra truck as 1GT49PEY5NF357015. The GMC Sierra truck with 1GT49PEY5NF357015 had been stolen in Houston, Texas. On May 14, 2023, Otoniel Martinez ("Martinez") reported that his 2022 GMC Sierra 2500HD AT4 with VIN 1GT49PEY5NF357015 was stolen. Martinez told Texas Department of Public Safety ("DPS") Special Agent Preston Gustavsen ("Agent Gustavsen") that he paid approximately $90,000 for the truck a year before it was stolen.

9. On June 12, 2023, SWONKE sent a wire transfer of $13,995 to AutoBidMaster, LLC from SWONKE's Wells Fargo bank account ending in 9211 and bought a salvage 2022 GMC Sierra 2500HD Denali with VIN 1GT29LE78NF230248. On August 7, 2023, SWONKE deposited a $30,000 check from Kenneth Eric Rowland ("Rowland") into SWONKE's Wells Fargo bank account ending in 9211. On August 31, 2023, Rowland registered a salvage 2022 GMC Sierra 2500HD with VIN 1GT29LE78NF230248, at 707 Carmen Drive, Athens, Tennessee 37303. On January 26, 2024, Tennessee Highway Patrol Trooper Collins ("Trooper Collins") contacted Rowland. Rowland consented to inspection of the GMC Sierra truck bearing the public facing VIN 1GT29LE78NF230248. The secondary VIN on the vehicle's frame was found to be ground off. Trooper Collins located the transmission number and engine number, both which cross-referenced to the true VIN 1GT49REY9NF264378. A check of VIN 1GT49REY9NF264378 revealed that it belonged to a 2022 GMC Sierra 2500HD Denali that James Ducote, Jr. had reported stolen in Houston, Texas on June 7, 2023.

10. On January 19, 2024, Harris County Sheriff's Office ("HCSO") Deputies arrested SWONKE for the offense of theft of property valued at more than $300,000. At the time of his arrest, SWONKE was driving a 2023 Chevrolet Silverado 3500 HD High Country with VIN 2GC4YPEY6P1715946. A check revealed that the vehicles' true VIN 1GC4YVEY5PF170979 and that the 2023 Chevrolet Silverado 3500 HD High Country had been stolen from Faris Rahman of Cypress, Texas on October 23, 2023.

11. In a post arrest statement, SWONKE told agents that his only source of income was from the STAMPEDE business and from selling used vehicles. SWONKE stated STAMPEDE is a Schedule C business reported with SWONKE's U.S. Individual Income Tax Return (Form 1040). SWONKE claimed any income from selling used vehicles would be included on his Form 1040.

Pursuant to an Ex Parte Order, I obtained SWONKE's Forms 1040 for the tax years 2019 through 2023. For the tax years 2019 through 2023, SWONKE reported a total net profit of $12,266.

12. Based on the facts set out above, I believe that there is probable cause that SWONKE has violated Title 18 U.S.C § 2313 (sale or receipt of stolen vehicles) and Title 18, United States Code, § 1956 (laundering of monetary instruments).

*/s/ AR Meyer*

Greg Meyer
IRS, Criminal Investigation
Special Agent

Subscribed and sworn before me via telephone on October 31, 2025, and I find probable cause.

*/s/ Dena Palermo*

Dena Hanovice Palermo
United States Magistrate Judge